IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03505-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BRANDON CHE LEE,

    Plaintiff,

v.

COZZA-RHODES,
PRICE,
NAGER,
HORSFMAN,
WILCOX,
THOMPSON, and
and Does 1-100 inclusive,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Brandon Che Lee, is in the custody of the Federal Bureau of Prisons at the Federal Correctional Institution (FCI) in Florence, Colorado. He initiated this action On December 24, 2013, by submitting *pro se* a document in which he asserts that he has been "maltreated" by FCI officials [ECF No. 1]. Mr. Lee filed an identical document on December 26, 2013 [ECF No. 3]. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is deficient as described in this order. Mr. Lee will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Lee files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing <u>certified</u> copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner

(7)   ___   is not on proper form (must use the court's current form):
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   X   other: <u>Mr. Lee may pay the $400.00 filing fee in lieu of filing a § 1915 Motion and Affidavit.</u>

**Complaint, Petition or Application**:

(10)   X   is not submitted
(11)   ___   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   names in caption do not match names in text
(16)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   ___   other:

Accordingly, it is

ORDERED that Mr. Lee cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which Mr. Lee files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Lee, with the assistance of his case manager or the facility's legal assistant, shall obtain the Court-approved forms for filing a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Mr. Lee fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, this action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED: December 30, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge